UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 1:17cr-060 |
| --- | --- | --- |
| | : | |
| V. | : | JUDGE |
| | : | |
| | : | **INDICTMENT** |
| SAMUEL WHITT, | : | |
| | : | 42 U.S.C. § 3631 |
| | : | 18 U.S.C. § 844(i) |
| Defendant. | : | 18 U.S.C. § 2 |
| | : | |
| | : | |

**THE GRAND JURY CHARGES:**

## BACKGROUND

Unless otherwise indicated, at times material to this indictment:

1. Victim-A is an African-American male and Victim-B is a white female. Victim-A and Victim-B are married.

2. Victim-A and Victim-B owned a two-family home located in the Price Hill neighborhood of Cincinnati, Ohio (the "Price Hill House"). Victim-A and Victim-B rented the Price Hill House to tenants.

3. On or about August 3, 2016, Victim-A and Victim-B rented the lower unit of the Price Hill House to an individual ("Individual-1"). Individual-1 moved in and occupied the Price Hill House with **SAMUEL WHITT**, the defendant.

4. On or about November 22, 2016, Victim-A and Victim-B evicted Individual-1 and **SAMUEL WHITT**, the defendant, from the Price Hill House for failure to pay rent.

5. On or about November 23, 2016, Victim-A and Victim-B left the Cincinnati, Ohio area for the Thanksgiving holiday. Before their departure, Victim-A visited the Price Hill House and did not observe damage to the property.

6. On or about November 28, 2016, Victim-A and Victim-B returned. Victim-A went to check on the Price Hill House. When he arrived, Victim-A discovered that the Price Hill House had been vandalized in their absence.

7. The damage to the Price Hill House included paint splattered on the walls, stairs, and appliances; holes in the walls; broken banisters; torn carpet; quick-drying concrete dumped into the bathroom drains and toilet; and a knife stabbed into the floor. Plumbing traps were removed from sinks and water was left running, causing extensive water damage to the ceilings and floors. There was spray-paint on the walls with messages including "die nigger," "nigger nigger," and "white power," as well as swastikas. In one of the kitchens, the gas from the stove was running, there was paint in the burners, and the smoke detector above the stove was hanging from the ceiling.

## COUNT ONE
### (Criminal Interference with the Right to Fair Housing)

Between on or about November 24, 2016 and on or about November 28, 2016, in the Southern District of Ohio and elsewhere, the defendant, **SAMUEL WHITT**, by force and threat of force, attempted to and did willfully injure, intimidate and interfere with Victim-A and Victim-B because of their race, color, and familial status, and because they were renting, financing, occupying, and contracting and negotiating for the rental, financing, and occupation of any dwelling, and applying for and participating in any service, organization, and facility relating to the business of selling and renting dwellings, and such acts included the use, attempted use,

and threatened use of a dangerous weapon, explosives, and fire; to wit, **WHITT** caused the damage described above in paragraph seven to the Price Hill House.

**All in violation of Title 42, United States Code, Section 3631 and Title 18, United States Code, Section 2.**

### COUNT TWO
(Use of Fire)

Between on or about November 24, 2016 and on or about November 28, 2016, in the Southern District of Ohio and elsewhere, the defendant, **SAMUEL WHITT**, did maliciously attempt to damage and destroy, by means of a fire and an explosive, a building, and other real and personal property, to wit, the Price Hill House, which was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 844(i) and 2.**

A TRUE BILL

/s/ signed
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

MEGAN GAFFNEY / KYLE HEALEY
ASSISTANT UNITED STATES ATTORNEYS