UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
Plaintiff,

v.

Samuel Whitt,

Defendant.

Case No. 1:17cr060
Judge Michael R. Barrett

## CRIMINAL SENTENCING MINUTES
### Judge Michael R. Barrett

Courtroom Deputy: Barbara Crum
Court Reporter: Maryann Maffia, Official
USPO: Sarah Willison
Date: September 4, 2019  Time: Commenced 10:50 am  Concluded 11:46 am  Total: 56 mins.
United States Attorney: Kyle Healey  Defendant Attorney: Zenaida Lockard

___ Dft found to be Guilty by Jury on Count(s) _____ of Indictment
✓ Dft plead to Count(s) 1 of (Indictment) - Information
___ Court finds the Dft guilty and formally accepts plea

***Procedure:***
✓ Sentencing
✓ PSI reviewed by the parties.  ✓ PSI adopted.
___ No Objections  ✓ Objections ✓ Plaintiff ___ Defendant — Ct ruled in favor of π.
___ Considered for sentencing (___ letter(s) from _____
✓ Plf sentencing memo / Doc. 51
✓ Dft sentencing memo / Doc. 52
✓ Mitigation ✓ Dft Cnsl Statement ✓ Dft Statement ✓ Plf Statement
✓ Other Statements Tony Badr (D's sister); Patricia + Joe Jude

*********************************************************************************

***Sentencing:***
✓ Defendant sentenced
___ Probation ___ Years
✓ Custody 54 Months (remanded/vol sur.) w/ credit
✓ Supervised Release 3 Years (36 Mo.) — 1st 12 mons. home confinement
✓ Standard/Special Conditions of (Sup'd Rel)/Probation

___ Fine $ _____ (interest waived)
✓ Special Assessment $ 100.00
✓ Restitution $ 66,250.00 (interest waived) (Victim's 1st + the Ins. Co.)
___ Forfeiture

| ✓ firearms; ✓ criminal conduct ___ DNA | ✓ substance abuse treatment | ✓ substance abuse program while incarcerated | ✓ UNICOR | ✓ vocational program while incarcerated |
|---|---|---|---|---|
| ✓ refrain from alcohol | ✓ no contact with victims | ✓ 250 hours community service (subject to review) | ✓ payment sched | ___ |

✓ Dismissal of Counts (Motion/Order) presented
oral dismiss Ct 2 — granted by the Ct.

✓ Informed of Defendant's Right to Appeal
___ Clerk to Prepare Appeal Notice